# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

_____

SATISLOH AG and
SATISLOH NORTH AMERICA, INC.,

        Plaintiffs,

v.                                                                                 Case No. 07-CV-945

GERBER SCIENTIFIC INTERNATIONAL, INC.,

        Defendant.

_____

## ORDER

The parties filed a joint motion to transfer this case to the United States District Court for the District of Connecticut for consolidation with the first-filed case, *Gerber Scientific International, Inc. v. Satisloh AG and Satisloh North America, Inc.*, Case No. 3:07-CV-1382 (PCD). The parties state that the case currently pending in the District of Connecticut is a mirror image of this case, and that the District of Connecticut recently denied the Satisloh parties' motion to have that case transferred to this court. The parties agree that this case should no longer be litigated in this court and that the defendant's motion to stay or dismiss pending resolution of the Satisloh parties' motion to transfer has been rendered moot.

Section 1404(a) provides that "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). It is undisputed that this action could have been brought in the District of Connecticut.

In light of the parties' request that this case be transferred to the District of Connecticut, the court will grant their motion pursuant to 28 U.S.C. § 1404(a). In addition, the court will deny as moot the defendant's motion to stay or dismiss this case pending resolution of the Satisloh parties' motion to transfer that was filed in the District of Connecticut.

Accordingly,

**IT IS ORDERED** that the defendant's motion to stay or dismiss (Docket #23) be and the same is hereby **DENIED** as moot;

**IT IS FURTHER ORDERED** that the parties' joint motion to transfer (Docket #33) be and the same is hereby **GRANTED**; this action shall be **TRANSFERRED** to the U.S. District Court for the District of Connecticut for further proceedings pursuant to 28 U.S.C. § 1404(a).

The clerk of court is directed to take all appropriate steps to effectuate this transfer.

Dated at Milwaukee, Wisconsin, this 15th day of May, 2008.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge